[No. 9440-8-I.   Division One.   April 5, 1982.]

ALASKA FISHERMEN'S UNION, *Respondent,* v. CASTLE & COOK, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 861743, Liem E. Tuai, J., entered September 29, 1980. *Reversed* by unpublished per curiam opinion.

[No. 9317-7-I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80-1-00125-9, Marshall Forrest, J., entered September 16, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 4481-5-III.   Division Three.   April 8, 1982.]

YAKIMA COUNTY FIRE PROTECTION DISTRICT NO. 5, *Appellant,* v. ALBERT R. RAGSDALE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-00896-5, Blaine Hopp, Jr., J., entered March 6, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.